UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROBERT E CAUBLE and ) | CASE NO. 20-03697-JMC A |
| TERESA CAUBLE, ) | |
| Debtor(s). ) | |

**TRUSTEE'S REPORT OF POSSIBLE ASSETS AND**
**NOTICE OF PROPOSED ABANDONMENT**

Gregory S. Fehribach, Trustee, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to issue a Notice of Last Day to File Claims pursuant to Fed.R.Bankr.P.3002(c)(5).

A complete inventory of the property of the Debtor(s) is listed on the attached Form 1.

The Trustee also requests that the Clerk give notice pursuant to Fed.R.Bankr.P.6007(a) that the property listed on the attached Form 1 is to be abandoned as exempt, burdensome, over-encumbered, of inconsequential value to the estate, or otherwise not suitable for administration, with the exception of Asset No. 13, 2020 Tax Refund, which the Trustee will administer for the benefit of creditors herein.

DATED: October 10, 2020         /s/ Gregory S. Fehribach
                                Gregory S. Fehribach
                                50 S. Meridian St., #700
                                Indianapolis, IN 46204
                                (317) 638-2400
                                gfehribach@thefehribachgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2020, a copy of the Trustee's Report of Possible Assets and Notice of Proposed Abandonment was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the court's system.

United States Trustee
ustpregion10.in.ecf@usdoj.gov

JOSHUA L TWOMBLEY
jt@kokomobankruptcylaw.com

      I further certify that on October 10, 2020, a copy of the Trustee's Report of Possible Assets and Notice of Proposed Abandonment was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

                                                   /s/ Gregory S. Fehribach
                                                    Gregory S. Fehribach

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 20-03697-JMC | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | CAUBLE, ROBERT E AND CAUBLE, TERESA | Date Filed (f) or Converted (c): | 06/25/2020 (f) |
| For the Period Ending: | 10/10/2020 | §341(a) Meeting Date: | 08/04/2020 |
| | | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/Unscheduled Value | 3<br>Estimated Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2512 Kent Avenue Kokomo IN 46902-0000 | $91,000.00 | $0.00 | | $0.00 | FA |
| 2 | Make: Chrysler Model: LHS Year: 2000 Mileage: 96000 | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2010 Chrysler Town and Country Mileage: 91000 Other Information: Valued using the NADA Guide | $7,475.00 | $0.00 | | $0.00 | FA |
| 4 | Make: Bass Tracker Model: TX17 Year: 1993 Other Information: Watercraft Valued Using NADA Guide | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | Household Goods and Furnishings | $250.00 | $0.00 | | $0.00 | FA |
| 6 | 12 Gauge Shotgun | $100.00 | $0.00 | | $0.00 | FA |
| 7 | 350 Ruger | $300.00 | $0.00 | | $0.00 | FA |
| 8 | Jewelry | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | Tools | $500.00 | $0.00 | | $0.00 | FA |
| 10 | Tables & Racks | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 11 | Savings and Checking Financial Builders FCU Last Four Digits of Account No.: 5680 | $1,382.80 | $0.00 | | $0.00 | FA |
| 12 | Checking PNC Last Four Digits of Account No.: | $3.21 | $0.00 | | $0.00 | FA |
| 13 | 2020 tax refund (u) | $0.00 | $2,500.00 | | $0.00 | $2,500.00 |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**
$105,511.01    $3,500.00    $0.00    $2,500.00

**Major Activities affecting case closing:**
10/10/2020    Awaiting receipt of 2020 tax refund

**Initial Projected Date Of Final Report (TFR):** 06/25/2021    **Current Projected Date Of Final Report (TFR):**

/s/ GREGORY S. FEHRIBACH
GREGORY S. FEHRIBACH