UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| ROBERT E CAUBLE, | ) | CASE NO. 20-03697-JMC-7 |
| TERESA CAUBLE | ) | |
| | ) | |
| Debtors | ) | |

**MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE
WITH 30-DAY WAIVER**

Comes now loanDepot.com, LLC, (hereinafter referred to as "LoanDepot.com"), by counsel, and for its Motion for Relief From Stay and to Abandon Real Estate would show the Court as follows:

1. On June 25, 2020, the above-named Debtors filed a petition pursuant to Chapter 7 of the Bankruptcy Code.

2. LoanDepot.com is the holder of a secured claim with an outstanding principal balance of $98,276.78 and accrued interest of $1,763.51 as of November 17, 2020. Said claim is secured by the real property located at 2512 Kent Ave, Kokomo, IN 46902-3368, and more particularly described in the mortgage, a copy of which is attached hereto and incorporated herein as Exhibit "A". The legal description for the subject real estate is:

> Lot Numbered 355 in Maple Crest Extension to Maple Crest Addition, City of Kokomo, Center Township, Howard County, Indiana, as recorded in records Plat Book 4, Page 259.

3. The above-described mortgage was given to secure a promissory note dated July 3, 2019, made payable to LoanDepot.com in the original principal sum of $99,684.00. A copy of the above-described note is attached hereto and incorporated herein as Exhibit "B".

Cauble - File No. 103298B01

4. LoanDepot.com is the current holder of the promissory note and mortgage and is evidenced by the chain of assignments attached hereto and incorporated as Exhibit "C".

5. The debt has not been reaffirmed with LoanDepot.com and there is little or no equity in the subject real estate for the benefit of creditors.

6. The mortgage loan is due for August 1, 2020 through November 1, 2020 payments at the monthly mortgage amount of $722.78 plus late charges of $86.73 for an arrearage in the sum of $2,977.85, together with attorney fees and costs.

7. The failure to make payments and the lack of equity in the subject real estate is cause for the Court to grant relief from the Stay to LoanDepot.com within the meaning of §362 of the Bankruptcy Code.

8. LoanDepot.com prays that the court order the abandonment of the subject real estate.

WHEREFORE, LoanDepot.com prays that the Court terminate the automatic stay of §362 of the Bankruptcy Code, authorize loanDepot.com to foreclose its mortgage on the above-described property, order the abandonment of the subject real estate and for all other relief as is just.

FEIWELL & HANNOY, P.C.

/s/ BARRY T BARNES
BARRY T. BARNES, Attorney No. 19657-49
Attorney for loanDepot.com, LLC
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
(317) 237-2727
Fax: (317) 237-2717
Email: BBARNES@feiwellhannoy.com

Cauble - File No. 103298B01

<u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on November 17, 2020, to the following:

Robert E Cauble and Teresa Cauble
Debtor
2512 Kent Ave
Kokomo, IN 46902-3368

Joshua L. Twombley
Attorney at Law
515 W. Sycamore Street
Kokomo, IN 46901

Gregory S. Fehribach
Trustee
50 South Meridian Street, Suite 700
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

<u>/s/ BARRY T BARNES</u>
BARRY T. BARNES, Attorney No. 19657-49

**<u>NOTICE</u>**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**

Cauble - File No. 103298B01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE | ) Chapter 7 |
| | ) |
| ROBERT E CAUBLE, | ) CASE NO. 20-03697-JMC-7 |
| TERESA CAUBLE | ) |
| | ) |
| Debtor(s) | ) |

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a copy of the attached Notice was sent, via either first class. U.S. mail or electronic noticing, on November 17, 2020, to those creditors and interested parties listed on the attached sheets.

Dated: November 17, 2020

FEIWELL & HANNOY, P.C.
/s/ BARRY T BARNES
BARRY T. BARNES, Attorney No. 19657-49
Attorney for loanDepot.com, LLC
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
(317) 237-2727
Fax: (317) 237-2717
Email: BBARNES@feiwellhannoy.com

Cauble - File No. 103298B01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| ROBERT E CAUBLE, | ) | CASE NO. 20-03697-JMC-7 |
| TERESA CAUBLE | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On November 17, 2020, loanDepot.com, LLC filed a Motion for Relief from Stay and to Abandon Real Estate, asking the Court for relief from stay and abandonment of the real estate commonly known as 2512 Kent Ave, Kokomo, IN 46902-3368.   The motion states that Debtor(s) monthly mortgage payments are delinquent and that there is little or no equity in the subject real estate for the benefit of creditors. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

   Your rights may be affected.    You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the motion, then within fourteen (14) days from the date this Notice is served, you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

    Rm 116; 46 E Ohio St
    Indianapolis, IN 46204-1903

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

    BARRY T. BARNES
    FEIWELL & HANNOY, P.C.
    8415 Allison Pointe Blvd., Suite 400
    Indianapolis, IN 46250
    (317) 237-2727

Cauble - File No. 103298B01

Robert E Cauble and Teresa Cauble
Debtor
2512 Kent Ave
Kokomo, IN 46902-3368

Joshua L. Twombley
Attorney at Law
515 W. Sycamore Street
Kokomo, IN 46901

Gregory S. Fehribach
Trustee
50 South Meridian Street   Suite 700
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204


If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated: November 17, 2020

FEIWELL & HANNOY, P.C.
/s/ BARRY T BARNES
BARRY T. BARNES, Attorney No. 19657-49
Attorney for loanDepot.com, LLC
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
(317) 237-2727
Fax: (317) 237-2717
Email: BBARNES@feiwellhannoy.com

Cauble - File No. 103298B01

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 20-03697-JMC-7A<br>Southern District of Indiana<br>Indianapolis<br>Tue Nov 17 12:40:22 EST 2020 | Atlas Collections, Inc.<br>7701 W. Kilgore Avenue<br>Suite 3<br>Yorktown, IN 47396-9275 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| Barry Thomas Barnes<br>Feiwell & Hannoy<br>8415 Allison Pointe Blvd<br>Suite 400<br>Indianapolis, IN 46250-4160 | CBCS<br>PO BOX 1085<br>Columbus, OH 43216-1085 | CENLAR<br>PO Box 11733<br>Newark, NJ 07101-4733 |
| COMENITY BANK/VCTRSSEC<br>PO BOX 182789<br>Columbus, OH 43218-2789 | Cabelas WFB<br>PO Box 82608<br>Lincoln, NE 68501-2608 | Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A..<br>P.O. Box 6492<br>Carol Stream, IL 60197-6492 | Capital One Bank USA NA<br>10700 Capital One Way<br>Richmond, VA 23060-9243 |
| Capone/Cabelas<br>4800 NW 1ST ST STE 300<br>Lincoln, NE 68521-4463 | Robert E Cauble<br>2512 Kent Avenue<br>Kokomo, IN 46902-3368 | Teresa Cauble<br>2512 Kent Avenue<br>Kokomo, IN 46902-3368 |
| Cavalry Portfolio Service<br>500 SUMMIT LAKE DR STE 4A<br>Valhalla, NY 10595-2323 | Chrysler Capital<br>P.O. Box 961212<br>Fort Worth, TX 76161-0212 | Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 |
| Comenity - Catherines<br>PO Box 659728<br>San Antonio, TX 78265-9728 | Comenity - Torrid<br>PO Box 659584<br>San Antonio, TX 78265-9584 | Comenity Bank/Carsons<br>P.O. Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank/Dressbrn<br>PO BOX 182789<br>Columbus, OH 43218-2789 | Comenity Bank/TORRID<br>PO Box 182789<br>Columbus, OH 43218-2789 | ComenityBank/Catherines<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| ComenityBank/LNBRYANT<br>PO Box 182789<br>Columbus, OH 43218-2789 | ComenityBank/VictoriasSecret<br>PO Box 182789<br>Columbus, OH 43218-2789 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FIRSTSOURCE ADVANTAGE, LLC<br>PO Box 628<br>Buffalo, NY 14240-0628 |

| | | |
|---|---|---|
| Gregory S. Fehribach<br>Office of Gregory S. Fehribach<br>50 S Meridian St Ste 700<br>Indianapolis, IN 46204-3542 | Financial Builders Federal Credit Union<br>2828 S. LaFountain<br>Kokomo, IN 46902-3706 | Indiana Department of Revenue<br>100 North Senate N-203<br>Indianapolis, IN 46204-2217 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>P.O. Box 1269<br>Greenville, SC 29602-1269 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LoanDepot<br>P.O. Box77404<br>Ewing, NJ 08628-6404 | LoanDepot.com<br>26642 Towne Center<br>Foothill Ranch, CA 92610-2808 | LoanDepot.com, LLC<br>Attn: BK Department<br>425 Phillips Boulevard<br>Ewing, NJ 08618-1430 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Med-1 Solutions<br>517 US Highway 31 N<br>Greenwood, IN 46142-3932 | New World Collections<br>9000 Keystone Crossing<br>Suite 635<br>Indianapolis, IN 46240-7659 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premiere Credit of North America, LLC<br>PO Box 19309<br>Indianapolis, IN 46219-0309 | Protect America<br>PO Box 844617<br>Dallas, TX 75284-4617 |
| SYNCB/JC PENNEYS<br>PO Box 965036<br>Orlando, FL 32896-5036 | SYNCB/LOWES<br>PO Box 965036<br>Orlando, FL 32896-5036 | SYNCB/OLD NAVY DC<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| SYNCB/SAMS CLUB<br>PO Box 965036<br>Orlando, FL 32896-5036 | SYNCB/SAMS CLUB DC<br>PO BOX 965005<br>Orlando, FL 32896-5005 | SYNCB/WALMART<br>PO Box 965024<br>Orlando, FL 32896-5024 |
| Sam's Club MC/SYNCB<br>PO Box 960013<br>Orlando, FL 32896-0013 | Santander Consumer USA Inc. d/b/a/ Chrysler<br>P.O. BOX 961275<br>FORT WORTH, TX 76161-0275 | Sears/CBNA<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 |
| Synchrony Bank-JCP<br>P.O. Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank-Lowes<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Joshua L Twombley<br>Law Office of Joshua Twombley, LLC<br>515 W. Sycamore Street<br>Kokomo, IN 46901-4547 |
| U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 | U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services, LLC
P.O. Box 15316
Wilmington, DE 19850

MACYS/DSNB
PO Box 8218
Mason, OH 45040-2909

Portfolio Recovery
120 Corporate Blvd
Suite 100
Norfolk, VA 23502

End of Label Matrix
Mailable recipients    58
Bypassed recipients     0
Total                  58